STATE DIVISION OF HUMAN RIGHTS, on Complaint of HARRY MARQUARDT, Petitioner, v A. J. WAHL, INC., Respondent. — Determination unanimously confirmed and petition dismissed, without costs (see *State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law, § 298.) Present — Hancock, Jr., J. P., Denman, Boomer, Green and O'Donnell, JJ.